1  Etan E. Rosen (SBN# 173728)
   BEYER, PONGRATZ & ROSEN
2  *A Professional Law Corporation*
   3230 Ramos Circle
3  Sacramento, CA 95827
   Tel: (916) 369-9750
4  Fax: (916) 369-9760

5  Attorney for Plaintiff,
   TERESA COBARRUBIO

6

7  Brian Lee Johnsrud, Esq.
   MORGAN, LEWIS & BOCKIUS
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306
   Tel: 650-843-4000
10 Fax: 650-843-4001

11 Attorney for Defendant
   BLOCKBUSTER, INC.
12

13
                         UNITED STATES DISTRICT COURT
14
                         EASTERN DISTRICT OF CALIFORNIA
15

| TERESA COBARRUBIO, | ) | Case No.: 2:07-CV-00743-LKK-EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| v. | ) | |
| BLOCKBUSTER, INC., and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

---

1

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL**

It is hereby STIPULATED, by and between the parties to this action and their designated counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing her or its own fees and costs.

DATED: March 3, 2008                    BEYER, PONGRATZ AND ROSEN

                                        By: /s/ Etan E. Rosen, Esq.
                                            Attorney for Plaintiff TERESA CORARRIBUIO

DATED: March 18, 2008                   MORGAN LEWIS & BOCKUIS, LLP

                                        By: /s/ Brian L. Johnsrud
                                            Attorney for Defendant, BLOCKBUSTER INC.

The matter of *Teresa Cobarrubio v. Blockbuster, Inc.,* United States Discrict Court, Eastern District of California, Case No. 2:07-CV-00743 LKK/EFB is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: March 21, 2008.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT